# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **02 Mag. 1694**　　　　　　　　　　Date **12/2/2021**

USAO No. **2001R00401**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint　　　　☐ Removal Proceedings in

*United States v.* **Pedro Jiminez**

The Complaint/Rule 40 Affidavit was filed on **8/26/2002**

✓ *U.S. Marshals please withdraw warrant*

　　　　　　　　　　　　　　　　　　　　　　MATTHEW SHAHABIAN
　　　　　　　　　　　　　　　　　　　　　　Digitally signed by MATTHEW SHAHABIAN
　　　　　　　　　　　　　　　　　　　　　　Date: 2021.12.02 12:12:50 -05'00'
　　　　　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　　　　　(handwritten or digital signature)

　　　　　　　　　　　　　　　　　　　　　　(print name if signature handwritten)

**SO ORDERED:**

DATE: DECEMBER 2, 2021

　　　　　　　　　　　　　　　　　　　　　　*/s/ Debra Freeman*
　　　　　　　　　　　　　　　　　　　　　　DEBRA FREEMAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE